WR-63,010-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 11 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| IN RE | § | IN THE TEXAS COURT |
| ERWIN BURLEY | § | OF CRIMINAL APPEALS |

## DISTRICT CLERK'S RESPONSE TO RELATOR'S MOTION FOR LEAVE

### TO FILE A WRIT OF MANDAMUS

This document contains some pages that are of poor quality at the time of imaging.

Comes now the District Clerk, by and through its authority for Nueces County, and files its Response to the above-styled Motion for Leave to File a Writ of Mandamus and in support thereof show the following:

On July 29, 2015 and August 13, 2015, the District Clerk's Office of Nueces County received two letters from Relator, Erwin Burley, alleging he had filed a Writ of Habeas Corpus with the 105th District Court of Nueces County on March 17, 2015, that more than 35 days had elapsed, and that the application had not yet been forwarded to the Court of Criminal Appeals, **Clerk's Exhibit A**: Letters. The Court of Criminal Appeals ordered the Respondent, the District Clerk of Nueces County, to file a response, **Clerk's Exhibit B**: Order.

The record of this case shows that the Relator's most recent application for a writ of habeas corpus was received on June 3, 2014, **Clerk's Exhibit C**: Criminal Case Search. The record also shows that the State responded, that the 105th District Court made its recommendations, and that the writ transcript was mailed to the Court of Criminal Appeals on June 30, 2014. On August 6, 2014 a

Supplement was mailed to the Court of Criminal Appeals. On August 20, 2014, the Writ of Habeas Corpus was denied by the Court of Criminal Appeals.

To date, the Relator has not filed another application for a writ of habeas corpus in Nueces County.

## Conclusion and Prayer

For the foregoing reasons, the Respondent respectfully asks this Court to deny the Relator's Motion for Leave to File a Writ of Mandamus.

Respectfully submitted,

ANNE LORENTZEN

Nueces County District Clerk

901 Leopard Street, Room 313

Corpus Christi, Texas   78401

Phone:  361-888-0450

Fax:  361-888-0571

WICHITA County
STATE OF TEXAS

AFFIDAVIT OF TRUTH

I Willie E. Pearson          TDCJ No 1853800

Being over the AGE of 18 years comes Forward with this Affidavit of Truth than I have Not Been threatened, or Intimidated By Anyone or Promised Anything In Support of The Following Facts I did witness A Arrest Warrant Prepared By ERWIN Burks And mailed to the 13th Court of Appeals and To The District Attorneys Office at 901 Leopard Corpus Christi Texas and did Place Such In The mail. I HAVE Read And understand all Statements And Facts Contained In This Affidavit of truth on this 19th Day of July 2015, As Reflected By my Signature on this Sworn Affidavit of Truth

SIGNATURE Willie E. Pearson

## Unsworn Declaration

I Hereby Declare than All Statements Are True And Correct under Penalty of Perjury Executed on the 19th day of July 2015. In Compliance with The Law 28 USC § 1746 And Tx. Civ. Prac. And Remm. Code 132.001-132.003

SIGNATURE Willie E. Pearson

Mailing Date
2101 Fm 369 North
Iowa Park Tx 76367

## Certificate of Service

I Hereby Certify than this is A true And Correct Copy of the Above And a Copy of This Document Was Mailed on the 21st day of July 2015 To District Att Mark Skurka, Clerk of court Anne Lorentzen Clerk of 13th Court of Appeals of 901 Leopard Corpus Christi Tex 76367 And United States District Court 1133 Nth Shoreline Corpus Christi Tx 76367

Willie E. Pearson

1 of 1

Erwin Burley
V
State of Texas

| 105th District Court
| of Nueces County
| Texas

Trial Ct. No 10CR2645d

Appellate No. 13-15-00253 CR

Civil Cause No 2015-cv-00290
Filed July 6 2015 - 215-cv00290

RE. 11.07 Pursuant To
Writ of Habeas Corpus Filed In the 105th District
Court on March 17. 2015

Dear Clerk. I have written the court I.e.
The 105th Judicial Court concerning the status of
my 11.07. I Have Not Received Any correspondence
From Court Acknowledging Receipt of said 11.07 that
was Properly Filed with A Schlup v Delo Claim
of Actual Innocence.

11.07 was Filed under Sec. 4.(a)(1)-4(a)(1)(2)

In the 5th Circuit the Position is "that the Exhaustion
Requirement has Consistently been Construed In Favor of Giving
the State the 1st Opportunity to Correct Any Alleged
Constitutional Errors Joyner v Kine 786 F 2d 1317 1320
5th Cir. 1986 Brown v Estelle 701 F2d 494 495 5th Cir 1983
Burley has Given the State their Legal Opportunity Thus
He Has met His Burden.

However due to the 105th Districts Refusal to fulfill their legal obligation Prejudice Has Been Established And Burley Has Suffered Harm. Thus An Extraordinary Circumstance Has Been Established. Thus An Exception to the Exhaustion Requirement Exists. See DCP Farms v Yeutter 957 F2d 1183, 1188 [5th Cir 1992]; Central States S.E. And Sw. Area Pension Fund v T.I.M.E.- D.C. Inc 826 F2d 320, 329 [5th Cir 1987]

See Exhibits ___A___ which show Applicants Attempt to File for Federal Relief

See Certified Sign Receipt showing that Applicant Mailed 11.01 + It was Received on March 17 2015 Exhibit ___B___

See 13 Court of Appeals Acknowledgment of Writ of Mandamus to Compel Court I.E. 105th District to Answer Exhibit ___C___

See Also Sworn Affidavit ___D___

Applicant Continues to work with due diligence in the interest of Justice And Equity      Respectfully submitted Edwin Burley

Unsworn Declaration: I Hereby declare under Penalty of Perjury that All statements Are true And correct Executed this __21st__ day of July 201

Edwin Burley

<u>Certificate of Service</u>

I Hereby certify that the Above is true And correct And verify And certify that Exhibits Are Authenticated And A copy of this document was mailed To Mark Skurka Nueces County DA 1 cc 13th Court of Appeals; cc 105th District Court; And The United States District Court 1133 Nth Shoreline-Corpus Christi Tex Mark Skurka & Above Courts 901 Leopard Corpus Christi Tex mailed on the __21st__ day of July 2015      Edwin Burley 1749140 Allred Unit 2101 FM 369 Nth Iowa Pk Tex 76367

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERWIN BURLEY, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-290 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## DEFICIENCY ORDER

Petitioner has filed a letter motion requesting that he be assigned a cause number for a civil action in order to file a habeas corpus petition challenging his conviction on grounds of actual innocence (D.E. 1). The Clerk filed and docketed the letter as a § 2254 petition. In the letter, Petitioner has also indicated that he has given instructions to TDCJ-CID to withdraw the filing fee from his account (D.E. 1). Accordingly, the following order is entered.

The Clerk shall forward to Petitioner all relevant § 2254 forms (with this cause number on the form). Within thirty (30) days of receipt of a copy of this order and the forms, Petitioner shall forward the completed § 2254 form, along with the $5.00 filing fee or a completed application for leave to proceed *in forma pauperis*. Failure to timely comply will result in dismissal of this case for failure to prosecute. FED. R. CIV. P. 41(b).

ORDERED this 8th day of July, 2015.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE





UNITED STATES POSTAL SERVICE • CHRIST I
TX 784 1
17 MAR 2015 PM
U.S. 015
Extra No. 0

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

Elias Burg: 801412040
Villalvir
ZIP FM 2161 N1m
Hondo DWI Texas
78367

3C-2460



# NUMBER 13-15-00253-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ERWIN BURLEY

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Longoria
### Memorandum Opinion Per Curiam[1]

Relator, Erwin Burley, proceeding pro se, filed a petition for writ of mandamus in the above cause on June 3, 2015, seeking to compel the trial court to rule on relator's petition for writ of habeas corpus. Relator alleges that his petition for writ of habeas corpus was received by the Nueces County Clerk on March 17, 2015, but the trial court has refused to issue a ruling thereon.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

WICHITA COUNTY
STATE OF TEXAS

AFFIDAVIT OF TRUTH

I Hayward G Slater Jr          TDCJ No 1734721

Being over the Age of 18 years. Comes forward with this Affidavit of Truth that I have not been threatened or Intimidated By Anyone or Promised Anything In Support of the Following Facts. I did witness Erwin Burley Preparing His Writ of Habeas Corpus to send to the 105th District Court of Nueces County. Erwin and I discussed His Filing of Writ of Habeas Corpus Pursuant to Article 11.07 Extensively. And do Believe that He In Fact mailed Aforesaid Writ on the 9th day of March 2015 I Have Read and understand All Statements and Facts Contained In this Affidavit of Truth on this 11th day of June 2015 As Reflected By my Signature on this Sworn Affidavit of Truth    Signature Hayward G Slater Jr

Unsworn Declaration

I Hayward G Slater Jr Being Presently Incarcerated at Allred Unit TDCJ Id declare under Penalty of Perjury that According to my Belief the Facts Stated In the Above Affidavit of Truth Are true And Correct Executed on the 11th day of June 2015 Signature Hayward G Slater

THE STATE OF TEXAS
COUNTY OF NUECES

IN THE NAME AND By the Authority of THE STATE OF TEXAS
AFFIdAvit For Arrest WaRRANt.
Complies with Code of CRimiNAl Procedure Articles 15.04 Complaint
Art 15.05 Requisites of Complaint And Article 45.018 and 45.019

THE UNdersigned AFFiant Being A citizen of THE State of Texas
And incorporates An Inmates unsworn Declaration under the Penalty
OF Perjury under Both Federal LAw 28 USC §1746 And State
LAw Texas Civil Practice and Remedies Code § 132.001 - 132.003
And MAKES the Following Statements And Accusations

I. There IN Nueces County Corpus CHristi, Texas There exist A
HisPanic MAle HereIN After Called the Accused who's NAme is
Albert LeAl JR. of the Nueces County Police Dept. Leal is Approximately
5ft 10in of Medium Build.

II The AFFiANt has Good Reason to Believe And does believe that
that Albert LeAL And the Following Persons Have Committed
the Offences of AGGRAVATed Perjury vislАting PenAl Code 37.03,
Tampering with or FAbricating Physical Evidence Pen 37.09
official Oppression Pen § 39.03 And Conspiracy which is ongoing
Penal Code § 15.02 AGAINST the Person of ERwiN Burley and aGAINST
THE LAws of the STATe

III It is the Belief that Albert LeAl PlANted Drugs i.e. CocАine
on the 12th dAy of AUGUST 2010 at 1430 16th Street Corpus
CHRisti TexAs to CHANGe the outcome of A CRiminal Proceeding
And did commit Acts Perjury on the witness stand on or About
September 1 2011 IN Corpus CHRisti Texas at THe Nueces County
CourtHouse 901 Leopard Street And did enGAGe in the
unAuthorized and unlawful Acts of official Oppression And
Conspiracy Against the LAws of The STate of TexAs

III. AFFIANT does Believe and HAS Reason to Believe than William Livingston A white MALE of Medium Build did FABRICATE And TAMPER WITH Evidence at 1430 16th STREET Corpus CHRIStI TEXAS By PHotoGRAPING And moving Alleged drugs J.E. Cocaine 2.5 GRAMS on the 12th Day of AuGust 2010 And on or About SEP 1 2011 at 901 LeoPard at the Nueces County Court House Committed AGG PERJURY on the Witness Stand And enGAGed IN CONSPIRACY And official oPPression AGAINst ERWIN BurleY And the LAWS of THE STATE

II. AFFIANT does Believe And HAS REASON to Believe that SHAWN ORSAK A White MALE did FABRICATE and TAMPER with Evidence at 1430 16th St. CorPus CHRIStI TeXAS on the 12th DAY of AuGust 2010 And CONCEALED Evidence of THE CANINE Report And did Commit the ACt of CONSPIRACY By aiding, ABETTING And Assisting Albert LEAl And William LivinGston In the UNAUTHORIZED UnConstitutional AND UNlAWful Acts of OFFICAl OPPression AGAINst ERWIN Burley and aGAINst the LAWS of THE STATE

THE OFFENSES IN THIS COMPLAINT WERE Committed IN THE Counts In WHICH the ComPlAINt Is MAde I.E. Nueces County Texas City of CorPus CHRIStI TexAS 78367

III. AFFIANT does Believe And HAS Reason to Believe that DOUG MANN A White MALE APProximately Loft 1in of Slim Build EmPloyed As A Nueces County District Attorney did commit the OFFense OF CONSPIRACY, FABRICATION of Evidence And OFFicial oPPression on December 10 2010 and SEP 1 2011 at THE NuReS County Court House 901 LeoPard CorPus CHRIStI Texas 78401 AGAINst ERWIN Burley and AGAINst THE LAWS OF THE STATE

III. AFFIANT does Believe and HAS REASON to Believe thAt JAmes Odell A DistRict Attorney For Nueces County RACE And Build UnKnown committed the offense oF Conspiracy Official Oppression and aggravated Perjury on the 23rd day of June 2014 at 901 Leopard Corpus Christi Texas made statements that were Sworn To thus committing AGGRAVAted Perjury to CHANGE the outcome of A Criminal Proceeding AGAINST Erwin Burley and AGAINST the Laws of The State

AFFIANT HAS ProbABle CAuse For SAid Belief By Reason of the ABove FACts

VIII. WHEREFORE AFFIANT REQuests the Issuance of Arrest WArrant For EACH of The SuSpected Parties

Erwin Burley 1740140
AFFIANT ERWin Burley

### Unsworn Declaration

I Hereby DeclARE Under the Penalty of Perjury Governed By Federal Law 28 USCS 1746 And State Law Texas Civil Practice And Remedies Code § 132.001 - 132.003 thAt all statements ARe true And CORRect Executed on the 21st day of July 2015

Erwin Burley
1740140
AllRed Unit
2101 Fm 369 Nth
Iowa Park Texas 76367

2oF2 pp

The State of Texas to the Sheriff or any Peace officer of Nueces County or any Peace officer of the State of Texas Greetings: Whereas the Affiant whose name appears on the Affidavit on the reverse side

Here of is a citizen of the State of Texas and governed by the Laws of the State of Texas did Hereby sign an Inmates unsworn Declaration and has established the Proper Grounds to Arrest and Bring Before the Magistrate or Judge of Nueces County the Suspected Parties

JUDGE_____

Nueces County Texas

Certificate of Service

I Erwin Burley Hereby Certifies and Verifies that a true and correct copy of the above warrant to Arrest was mailed to the Nueces County District Attorneys office and to the Clerk of the 13th Court of Appeals at 901 Leopard St. Corpus Christi Texas 78401 on this 21m Day of July 2015

Erwin Burley 1740140
Allred Unit
2101 Fm 369 wth
Iowa Park Texas 76367

Against the Peace and Dignity of the State

NORTH TEXAS TX PREORT
DALLAS TX 750
23 JUL 2015 PM 5 L

Edwin Burles 1740140
Allred Unit
2101 Fm 369 Nth
Iowa Park Texas 76367

Clerk of Court Anne Lorentzer
105th District Court.
901 Leopard St
Corpus Christi Texas 78401

78401360288

Cause No 10 CR 2645d    Appellate No 13-15-00253-cr

To Anne Lorenazo 105th District Clerk of Nueces County

## Subject 11.07 Writ of Habeas Corpus Filed 3-17-1!

Dear Court Clerk I Am Writing to Bring Clarity to An Ongoing Issue Concerning Above 11.07. My Wife Called And Was told that the 11.07 was forwarded to the Appeal Release In Austin She Spoke With Eric on 7-8-15 at 3.25 Pm) And Spoke To Jay or Jos? And Blanch which can Be Proven By Subpoena of Phone Record or Sworn disposition dates And times Are Recorded. There Are Other legal Agencies And courts Aware of this Ongoing Litigation of Actual Innocence. I Am Enclosing A Self Addressed Stamp Envelope And A Declaration of A 2nd Party with can support my due diligence Position to this Extraordinary circumstance Please Date Stamp this letter And Return It. I Am Enclosing A Self Addressed Stamped Envelope. Thus Please Forward the date than Writ was forwarded to ~~Fed~~ Austin or to Appeal Release In this Space_____ What Writ Number was Applied_____

Criminal Charges can Be Charged For Disobeying the Writ See Art 11.34 And Further Penalties See Art 11.35 CCP

CHARGES Are NOT directed at you since this cause
WAS being Litigated before you became Clerk
Please Return Requested Information As soon As Possible.
See Exhibit A

Respectfully Submitted
Edwin Burley 1740140

Allred Unit 2101 Fm 369 Nth Iowa
Park Texas 76367

Certificate of Service

The Above was mailed on July 29th 2015 to Court Clerk
Anne Lorenzen at 901 Leopard Street Corpus Christi Tex 78401
Edwin Burley

Inmate Declaration

I Willie Pearson Did Witness the Contents of this
letter By Reading it And Understanding It. I see
Edwin Burley on A Daily Basis Because We Are
Both In 3 Three (03) Building. The Contents Concerned
Edwins Illot And when was it Filed And what
What Writ Number was Attached. I did Witness
Edwin Burley Place this letter In the Prison
System Mail box on July 29 . 2015
Willie E. Pearson

I Willie System of Allred Unit Here Bodeclare under
Penalty of Perjury Law As Fed Law 8 USC. 1746 And
Tex Law 132.001-132.003 Executed on the 29th Day of July 2015
Willie Pearson
Allred Unit 2101 Fm 369 Nth Iowa Park Tex Willie E. Pearson

Exhibit A



# NUMBER 13-15-00253-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ERWIN BURLEY

On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Longoria
### Memorandum Opinion Per Curiam[1]

Relator, Erwin Burley, proceeding pro se, filed a petition for writ of mandamus in the above cause on June 3, 2015, seeking to compel the trial court to rule on relator's petition for writ of habeas corpus. Relator alleges that his petition for writ of habeas corpus was received by the Nueces County Clerk on March 17, 2015, but the trial court has refused to issue a ruling thereon.

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-63,010-03

### IN RE ERWIN BURLEY, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 10CR2645d IN THE 105TH DISTRICT COURT
## FROM NUECES COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 105th District Court of Nueces County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Nueces County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Nueces County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: August 5, 2015
Do not publish


SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D

| Entry No. | Comments | | Entry Date |
|---|---|---|---|
| | | | / / |
| 1 | s:COURT D manually assigned | | 10/15/2010 |
| 2 | INDICTED | REY | 10/15/2010 |
| 3 | INDICTMENT RTN FRM CRT, BOND SET AT $ 10,000--- | | 10/22/2010 |
| 4 | *** IN JAIL, NO SVC | DT | 10/22/2010 |
| 5 | MOTION TO RELEASE DEFENDANT AND SET REASONABLE BAIL | DT | 11/ 1/2010 |
| 6 | MAGISTRATE ENTRY: ORDER APT ATTY VINCENT GONZALEZ | | 11/ 4/2010 |
| 7 | FILE SENT BACK TO COURT AT 4:30 PM TODAY | | 11/ 4/2010 |
| 8 | SURETY'S AFFIDAVIT TO SURRENDER PURSUANT TO ART.17.19 CCP | | 11/18/2010 |
| 9 | ****FILED AND WALKED TO COURT | REY | 11/18/2010 |
| 10 | APPEARNACE BAIL BOND POSTED | SJ | 11/22/2010 |
| 11 | ATTY FEE SHEET-$450 TO JACKIE CHAPA WALKED TO AUDITORS | | 11/30/2010 |
| 12 | EX PARTE MOTION FOR A PRIVATE INVESTIGATOR | DT | 12/ 7/2010 |

Continue...

SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D


Entry No.          Comments                                    Entry Date

                                                                  /  /
   13 REQUEST FOR NOTICE                                    DT 12/ 7/2010
   14 DEFENDANT'S MOTION IN LIMINE                          DT 12/ 7/2010
   15 MOTION FOR DISCOVERY                                  DT 12/ 7/2010
   16 WA/ RTN.SERVED                        MCV                 1/ 5/2011
   17 APP FOR ST SUB;(1 WITNESS)                            DT  1/ 5/2011
   18 UNOPPOSED FIRST MOTION FOR CONTINUANCE       MCV         1/ 6/2011
   19 STATE'S NTC OF POSSIBLE "EXTRANEOUS" OFFENSES WHICH MAY OR   1/11/2011
   20 ****MAY NOT BE OFFERED AT TRIAL                    REY    1/11/2011
   21 REINDICTED S1                                       REY    1/13/2011
   22 MAGISTRATE PROCEEDING; DEFT REQ CRT APPT ATTY              1/18/2011
   23 APP FOR ATTY D/T SUB:(1 WITNESS)--FOR P/U BY STACUN   DT   1/20/2011
   24 NOTICE OF ARRAIGNMENT: 2/2/11 @ 8:30AM                     1/25/2011
Continue...

SID:   10160041
Name:  BURLEY, ERWIN
Cause: CR 10002645 D


Entry No.              Comments                                      Entry Date

                                                                      /  /
   25 REINDICTMENT RTN FRM CRT, BOND STAYED AT $ 10,000---         1/31/2011
   26 *** IN JAIL,NO SVC ISSUED                              DT   1/31/2011
   27 REINDICTMENT SENT TO CRT,CLERK HAS FILE                DT   1/31/2011
   28 RE-ARRAIGNMENT-DFT REQ THE READING OF INDICTMENT            2/ 2/2011
   29 INDICTMENT READ. PLEA OF NOT GUILTY ENTERED                 2/ 2/2011
   30 SETTING NOTICE: TRIAL 4/4/11 @ 8;30AM                        2/ 2/2011
   31 MTN FOR CONTINUANCE                                     RAH  3/14/2011
   32 ORDER-MTN FOR CONTINUANCE-GRANTED                           3/21/2011
   33 JURY TRIAL: 5/2/11 @ 8:30AM                                 3/22/2011
   34 PLEA DEADLINE: 4/18/11                                      3/22/2011
   35 DEF'S MTN REQUESTING TRANSCRIPT OF TESTIMONEY FROM A PREVIOU 3/23/2011
   36 ***HEARING                                              RAH  3/23/2011
Continue...

SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D


Entry No.             Comments                                    Entry Date

                                                                    /   /
   37 LETTER TO COURT F DEFENDANT                          WC    3/23/2011
   38 LETTER TO COURT FROM DEFENDANT                       WC    5/ 6/2011
   39 JURY TRIAL; 8/15/11 @ 8;30AM    PLEA DEADLINE: 8/1/11      5/31/2011
   40 MOTION TO REDUCE BOND FILED                          WC    6/16/2011
   41 MTN TO REDUCE BOND-DFT APPEARS W/ATTY;DFT SWORN IN;TESTIMONY 7/ 5/2011
   42 --HEARD;BOND REMAINS $10,000;DFT REQ NEW ATTY;DFT ATTY      7/ 5/2011
   43 --ALLOWED TO W/DRAW;MTN/ORDER TO BE SUBMITTED;CRT APPTS     7/ 5/2011
   44 --NEW ATTY-IRMA SANJINES                                    7/ 5/2011
   45 ORDER APPT ATTY-IRMA SANJINES                               7/ 5/2011
   46 ATTY FEE VOUCHER/VINCENT GONZALEZ/$1460                     7/13/2011
   47 NOTICE OF FILING OF PUBLIC RECORD               MCV         7/29/2011
   48 NOTICE OF FILING OF BUSINESS RECORDS            MCV         8/17/2011
Continue...

SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D


Entry No.              Comments                                      Entry Date

                                                                       /   /
   49 SETTING: JURY TRIAL 8/29/11 @ 8:30AM                            8/16/2011
   50 ORDER DENYING REQ FOR NEW ATTY                                  8/18/2011
   51 SUMMONS/STEVEN GELISTA RTN/RECALLED BY JUDGE HERNANDEZ    AR    8/31/2011
   52 SUMMONS/DINO MAYSONETTE RTN SERVED                        AR    9/ 1/2011
   53 ATTY FEE VOUCHER-$6620.00-IRMA SANJINEZ;TO AUDITORS             9/12/2011
   54 NOTICE OF APPEAL                                          AR    9/ 7/2011
   55 MOTION TO WITHDRAW AS COUSEL                              AR    9/ 7/2011
   56 ELECTION FOR PUNISHMENT FILED    08/29/11                      9/13/2011
   57 AFFIDAVIT ON DFT'S COMPREHENSION OF THE ENGLISH LANGUAGE       9/13/2011
   58 ***FILED 08/29/11                                              9/13/2011
   59 TRIAL COURT'S CERTIFICATION OF DFTS RIGHT OF APPEAL 08/29/11   9/13/2011
   60 CHARGE OF THE COURT FILED 09/01/11                            9/13/2011
Continue...

SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D


Entry No.            Comments                                    Entry Date

                                                                   /   /
61 PUNISHMENT CHARGE FILED 09/01/11                              9/13/2011
62 JURY TRIAL-JURY REACHES VERDICT-D GTY OF LESSER INCLUDED      9/13/2011
63 ***OFFENSE;SPECIAL VERDICT "WE DO";JURY DELIBERATES;JURY      9/13/2011
64 ***REACHES VERDICT-14YRS TDC W/CRT;$-0-FINE;$454.00C/COST     9/13/2011
65 STATE EXHIBITS;SX-1-25 LARGE COLOR PHOTGRAPHS                 9/13/2011
66 SX-26 2 SURVEILLANCE CAMERAS (FILED NUECES COUNTY SHERIFF)    9/13/2011
67 SX-28 LARGE COLOR PHOTOGRAPH                                  9/13/2011
68 SX-29 LARGE COLOR PHOTOGRAPH                                  9/13/2011
69 SX-30 PEN PACK E. BURLEYTDCJBPP@1248337,CAUSE NO.F9648124RI   9/13/2011
70 SX-31 TEN PRINT FINGERPRINT CARD, ERWIN BURLEY               9/13/2011
71 DEFENDANT EXHIBITS; DX-1 LARGE BLACK BAG                     9/13/2011
72 DX-2 YELLOW SHEET OF STIPULATIONS                            9/13/2011
Continue...

SID:   10160041
Name:  BURLEY, ERWIN
Cause: CR 10002645 D


Entry No.          Comments                                    Entry Date

                                                                  /   /
73 DX-3 RECEIPT BOOKLET                                        9/13/2011
74 DX-4 E. BURLEY VOTER REGISTRATION CARD                     9/13/2011
75 DX-5 PARKLAND HOSPITAL MEDICAL RECORDS. OF E. BURLEY       9/13/2011
76 EXHIBITS WLKD DOWN TO JOHN MITCHEL                          9/13/2011
77 LETTER FROM DEFEN.TO CT.                          MCV       9/13/2011
78 NOTICE OF APPEAL                                       DB   9/14/2011
79 RQST FOR PREPARATION OF REPORTER'S RCD AND DESIGNATION OF -- 9/14/2011
80 ---MATTERS TO BE INCLUDED                             DB    9/14/2011
81 WRITTEN DESGNATION SPECIFYING MATTERS FOR INCLUSION IN  --- 9/14/2011
82 ---CLERK'S RCD                                        DB    9/14/2011
83 JUDGMENT OF CONVICTION BY JURY (I)                         9/13/2011
84 TDC PACKET PLACED IN 105TH CRIM BOX FOR CRIMINAL DPT TO PICK 9/14/2011
Continue...

    SID:   10160041
  Name:   BURLEY, ERWIN
  Cause:  CR 10002645 D


Entry No.              Comments                                    Entry Date

                                                                       /   /
   85 ***UP                                                          9/14/2011
   86 TDC PENPAK WALKED TO NCJ BY GRACE                      WC     9/14/2011
   87 LTR F COA:APPELLANT'S NOTICE O APPEAL RCVD & FILED      TG     9/16/2011
   88 EXHIBITS T C. MOTAL (RM 402)                            JM    10/18/2011
   89 EXHIBITS RETURNED FROM C.MORTAL TO JOHN MITCHELL              10/19/2011
   90 REPORTER'S RECORD VOL 1 OF 7 VOLS (MASTER INDEX)        TG    10/31/2011
   91 REPORTER'S RECORD VOL 3 OF 7 VOLS (GUILT/INNOCENCE PHASE) TG  10/31/2011
   92 REPORTER'S RECORD VOL 4 OF 7 VOLS (GUILT/INNOCENCE PHASE) TG  10/31/2011
   93 REPORTER'S RECORD VOL 5 OF 7 VOLS (GUILT INNOCENCE PHASE) TG  10/31/2011
   94 REPORTER'S RECORD VOL 6 OF 7 VOLS (PUNISHMENT PHASE)     TG    10/31/2011
   95 REPORTER'S RECORD VOL 7 OF 7 VOLS (EXHIBITS)             TG    10/31/2011
   96 REPORTER'S RECORD VOL 2 OF 7 VOLS (VOIR DIRE PROCEEDINGS) TG  11/ 2/2011
Continue...

SID:   10160041
Name:  BURLEY, ERWIN
Cause: CR 10002645 D


Entry No.              Comments                                    Entry Date

                                                              /    /
 97 REPORTER'S RECORD VOLS 1-2 W/FILE IN APPEAL CBNT      TG 11/ 3/2011
 98 SECOND MEMORANDUM OF LAW                              WC   8/19/2011
 99 LETTER TO COURT F DEFENDANT                           WC   3/28/2012
100 LETTER T CRT F DEFENDANT FILED                        WC   4/10/2012
101 LTR F COA:JUDMT O TRIAL CRT AFFIRMED BY CRT.COPIES O MEMO  9/ 6/2012
102 ***OPIN & JUDMT ENCLD                                 TG   9/ 6/2012
103 LETTER FROM ATTY.TO CT.FILED                 MCV         10/11/2012
104 MOTION TO WITHDRAW AS COUNSEL ON APPEAL FILED   MCV      10/11/2012
105 ORDER ON MOTION TO WITHDRAW AS COUNSEL ON APPEAL GRANTED 10/16/2012
106 --CHRIS WALLER APPOINTED                                 10/16/2012
107 LETTER FROM ATTORNEY                             TG     10/29/2012
108 INMATE DECLARATION                              CMR 11/ 6/2012
Continue...

SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D


Entry No.              Comments                                    Entry Date

                                                                      /    /
109 WRITTEN DESIGNATION SPECIFYING MATTERS F/INCLUSION IN****      12/20/2012
110 CLERK'S RECORD                                           MFM  12/20/2012
111 NOTICE OF APPEAL FILED                                   MFM  12/20/2012
112 REQUEST F/PREPERATION OF REPORTER'S RECORD & DESIGNATION***  12/20/2012
113 OF MATTERS TO BE INCLUDED                                MFM  12/20/2012
114 LTR F COA:JUDMT O TRIAL CRT AFFIRMED BY CRT.MANDATE ENCLD TG   2/11/2013
115 LETTER TO CRT BY DEFENDANT                               MFM   2/11/2013
116 LETTER TO COURT FROM DEFT                                SJ    4/25/2013
117 LETTER TO COURT FROM DEFT                                SJ    7/17/2013
118 ORDER ON DFTS MTN FOR TRANSCRIPT-DENIED                        8/ 9/2013
119 MOTION TO RECONSIDER REQUEST FOR PETITIONERS REQUEST FOR****  10/11/2013
120 ****INSPECTION OF TRANSCRIPT                             MFM  10/11/2013
Continue...

```
   SID:   10160041
  Name:   BURLEY, ERWIN
 Cause:   CR 10002645 D
```

Entry No.            Comments                                      Entry Date

```
                                                                  /  /
121 APPLICATION FOR A WRIT OF HABEAS CORPUS SEEKING RELIEF FROM*  6/ 3/2014
122 ****FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE  6/ 3/2014
123 ****ARTICLE 11.07                                       MFM   6/ 3/2014
124 WRIT OF HABEAS CORPUS                                    MFM   6/ 3/2014
125 MOTION FOR EVIDENTIARY HEARING                           MFM   6/ 3/2014
126 SWORN AFFIDAVIT                                          MFM   6/ 3/2014
127 STATE'S ACKNOWLEDGMENT                                    BM   6/ 5/2014
128 STATE'S ANSWER TO APPLICANT'S APPLICATION FOR WRIT OF HABEAS  6/23/2014
129 ***CORPUS                                               MFM   6/23/2014
130 TRANSCRIPT F/WRIT OF HABEAS CORPUS MAILED TO COA AUSTIN  MFM   6/30/2014
131 FINDINGS OF FACT,CONCLUSIONS OF LAW, & RECOMMENDATION MAILED  6/30/2014
132 ****TO DEFENDANT/COPY GIVEN TO DA JAMES ODELL           MFM   6/30/2014
Continue...
```

SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D

| Entry No. | Comments | | Entry Date |
|---|---|---|---|
| | | | / / |
| 133 | LETTER TO COURT-MAILED IN BY DEFT | LS | 7/21/2014 |
| 134 | EX PARTE ERWIN BURLEY'S REPLY TO STATE'S ANSWER TO ****** | | 7/25/2014 |
| 135 | ****APPLICANT'S APPLICATION TO ART.11.07 OF THE TEXAS CODE** | | 7/25/2014 |
| 136 | ****OF CRIMINAL PRCEDURE | MFM | 7/25/2014 |
| 137 | HABEAS CORPUS REC'D BY COA IN AUSTIN | MFM | 7/28/2014 |
| 138 | SUPPLEMENTAL WRIT OF HABEAS CORPUS MAILED TO COA AUSTIN | MFM | 8/ 6/2014 |
| 139 | LETTER TO CRT FRM DEFT | | 8/ 5/2014 |
| 140 | LETTER TO CRT FRM DEFT | BM | 8/15/2014 |
| 141 | WRIT OF HABEAS CORPUS DENIED BY COA IN AUSTIN | MFM | 8/28/2014 |
| 142 | ATTY FEE VOUCHER-$960.00-CHRIS WALLER;TO AUDITORS | | 10/ 3/2014 |
| 143 | LETTER TO CRT FRM DEFT | BM | 10/ 3/2014 |
| 144 | MOTION T EXAMINE PUBLIC JUDICIAL RECORDS-MAILED IN BY DEF | LS | 11/ 3/2014 |

Continue...

SID:    10160041
Name:   BURLEY, ERWIN
Cause:  CR 10002645 D


Entry No.           Comments                                    Entry Date

                                                                  /   /
145 LETTER FROM DEFEN.TO CRT FILED                 MCV          11/13/2014
146 DEFEN.MOTION TO DISQUALIFY JUDGE FROM HABEAS PROCEEDING      3/23/2015
147 ***                                            MCV          3/23/2015
148 DEFEN.MOTION FOR EXAMINING TRIAL               MCV          4/16/2015
149 LTR T CRT F DEFT/WRIT OF HABEAS CORPUS PURSUANT TO 11.07  BM 4/27/2015
150 DECLARATION FOR ENTRY OF DEFAULT               MCV          4/29/2015
151 MOTION FOR JUDGMENT BY DEFAULT                 MCV          4/29/2015
152 LETTER FROM DEFEN.TO CRT.                      MCV          5/ 5/2015
153 LTR F COA:RELATOR'S PETITION FOR WRIT OF MANDAMUS WAS RCVD  6/ 4/2015
154 ***& FILED                                             TG   6/ 4/2015
155 LTR F COA:ENLD FIND OPIN ISSUED BY CRT                 TG   6/ 5/2015
156 LETTER FROM DEFEN.TO CRT.                      MCV          7/29/2015
Continue...

     SID:    10160041
    Name:    BURLEY, ERWIN
   Cause:    CR 10002645 D


Entry No.            Comments                                    Entry Date

                                                                  /  /
157 LTR F COA:RELATOR'S MOTION TO ARREST VOID JUDGMENT IN THE    8/ 6/2015
158 ***ABOVE CAUSE WAS THIS DAY DENIED BY COURT.           TG    8/ 6/2015
159 (DEFT)MOTION TO ARREST VOID JUDGMENT                   MF    8/ 7/2015
160 ORDER ON MOTION TO ARREST JUDGMENT -- DENIED            I    8/ 7/2015
161 LETTER TO CRT /SUBJECT 11.07 WRIT OF HABEAS CORPUS FILED ***  8/13/2015
162 *** 03-17-15                                           MF    8/13/2015
163 MOTION TO SHOW CAUSE                               MCV       8/28/2015
164 LETTER TO COURT/SUBJECT 11.07 WRIT OF HABEAS CORPUS FILED MF 8/31/2015
                                                                  /  /
                                                                  /  /
                                                                  /  /
                                                                  /  /

End of file reached...